1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   SEVERA KEITH
3  Assistant Federal Public Defender
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone:  (415) 436-7700
6  Facsimile:  (415) 436-7706
   Email:       Severa_Keith@fd.org
7

8  Counsel for Defendant Irias-Perez

9

10                     IN THE UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

14  | UNITED STATES OF AMERICA, | **Case No.:** CR 23–00319 CRB |
    |---|---|
15  | Plaintiff, | **DEFENDANT'S SENTENCING MEMORANDUM** |
16  | v. | |
17  | EDGAR JOSUE IRIAS-PEREZ | |
18  | Defendant. | |

Edgar Josue Irias-Perez files this Sentencing Memorandum to illuminate this small, but important, period of his life.

Mr. Irias-Perez came to the United States to find work, so that he could alleviate the conditions that his mother and siblings suffer suffered. His father died when he was nine-years old, and they are very poor.

He was able to get work remodeling homes, and he also worked doing general construction, and he was able to help his family, but his incarceration has prohibited him from doing so.

Mr. Irias-Perez is remorseful for his actions that have brought him before this Court, and he knows that he will never be in this situation again, because it prevents him from helping his family.

## **CONCLUSION**

Based upon the above and the agreed-upon disposition with the Government,

Mr. Irias-Perez requests a sentence of time-served plus one day, followed by 3 years of Supervised Release that includes all conditions agreed upon in the Plea Agreement.

Dated:     October 25, 2023              Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

            /S
SEVERA KEITH
Assistant Federal Public Defender

DEFENDANT'S SENTENCING MEMORANDUM
*IRIAS-PEREZ*, CR 23–00319 CRB

2